O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-01344 SGL (OPx)                                Date:  December 29, 2008

Title:   THE AGELESS FOUNDATION, INC., NAOMI BALCOMBE -v- QUINCY INVESTMENTS CORPORATION; NATURADE, INC.; PETER H. POCKLINGTON; ROBERT S. WHITMORE, CHAPTER 7, TRUSTEE
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                           None Present
Courtroom Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                         None present

PROCEEDINGS:   ORDER REMOVING ACTION FROM THE ACTIVE LIST, PURSUANT TO AUTOMATIC STAY UNDER THE BANKRUPTCY CODE
(IN CHAMBERS)

   Pursuant to Order of Court as stated in the Court's Minutes of December 1, 2008, Docket No. 28, the Clerk of Court is hereby directed to remove this case from the active list of pending cases.

   IT IS SO ORDERED.